```
                        ___X___ FILED          _____ RECEIVED
                        _____ ENTERED        _____ SERVED ON
                                               COUNSEL/PARTIES OF RECORD

                                    July 8, 2015

                        CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL ) <br> REPORTS OF THE REGULAR GRAND JURY ) <br> THE  January 7, 2015  TERM 15-01.  ) <br> _____ ) | MINUTES OF COURT <br><br> DATE: July 8, 2015 <br> at 1:15 - 1:18 p.m. |

PRESENT: The Honorable _____ GEORGE FOLEY, JR. _____ , United States Magistrate Judge

DEPUTY CLERK:  Alana Kamaka                REPORTER:  Bonnie Terry
ASSISTANT UNITED STATES ATTORNEY:  Lisa Cartier-Giroux    COURTROOM:  3A

PROCEEDINGS:

Roll call of the Regular Grand Jury is taken with **19** members present which constitutes a quorum. The foreman/forewoman of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed.  There are **-0-** sealed indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:15-cr-198 | **EDWIN FUGINAGA** | **WARRANT** |
| | **JUNZO SUZUKI** | **NOT APPLICABLE** |
| | **PAUL SUZUKI** | **NOT APPLICABLE** |
| | | |
| 2:15-cr-199 | **WADE SMITH** | **WARRANT** |
| | | **WRIT-STATE CUSTODY-CCDC** |
| | | |
| 2:15-cr-200 | **RAY ANDERSON** | **WARRANT** |
| | **Aka Ray Lucious** | **WRIT-STATE CUSTODY-CCDC** |
| | | |
| 2:15-cr-201 | **ORLANDO HERMINO ESPINOZA-SORIANO** | **WARRANT** |
| | | |
| 2:15-cr-202 | **LUIS RIVERA-DIAZ** | **WARRANT** |

IT IS ORDERED that the Initial Appearance and Arraignment and Plea as to **2:15-cr-199 and 2:15-cr-200**, is set for Thursday, July 16, 2015, at 3:00 p.m., in Courtroom 3B, before Magistrate Judge Peggy A. Leen.

The docket listed case **2:15-cr-198** as sealed.  The government informed the Court that the case should not have been sealed.  Court **SO ORDERED** same.

The Arraignment and Plea as to the remaining defendants will be held at the time of the Initial Appearance.

                                LANCE S. WILSON, Clerk
                                United States District Court


                                By  /s/ Alana Kamaka
                                    Deputy Clerk