ANDREW WEISSMANN
Chief
ALBERT B. STIEGLITZ, JR.
Assistant Chief
MELISSA AOYAGI
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-4313

DANIEL G. BOGDEN
United States Attorney
District of Nevada
STEVEN W. MYHRE
First Assistant United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, NV 89131
(702) 388-6298

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-cr-00198-LDG-NJK |
| v. | ) **STIPULATION AND PROTECTIVE ORDER** |
| EDWIN FUJINAGA, | ) |
| Defendant. | ) |

The United States, by and through its undersigned counsel, and defendant Edwin FUJINAGA, by and through his undersigned counsel (hereinafter "the parties"), respectfully

1

move for the entry of a Protective Order governing discovery provided to defendant FUJINAGA in this matter in accord with the following Stipulation.[1]

**STIPULATION**

Whereas, the parties recognize that various federal and state laws and regulations extend protections and limitations regarding the use, disclosure or publication of information associated with the privacy and identity of an individual, including, but not limited to, social security number, date of birth, address, telephone number, driver's license number, financial information, banking information, and tax information, which is hereinafter collectively referred to as "Protected Personal Information" ("PPI").

Whereas, the parties recognize that discovery in the above-captioned case is likely to be voluminous and may include documents and other evidence containing PPI or that are otherwise sensitive.

Whereas, the parties desire to provide for the timely and expeditious exchange of discovery while simultaneous guarding against the inappropriate use, disclosure, or publication of any PPI associated with any party or third party or any other sensitive information.

Whereas, in light of the above, the parties have conferred on this matter and have reached agreement on the exchange and handling of materials provided in discovery.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, as follows:

1. All materials provided as discovery by the government, including, but not limited to, recordings, investigators' or agency reports, witness statements, memoranda of interviews,

---

[1] Given that defendants JUNZO SUZUKI and PAUL SUZUKI have not been arraigned, discovery is not being provided to them at this point. At an agreed-upon point following their arraignment in this district, discovery will be provided to them, and at that time a similar stipulation and proposed protective order will be filed with respect to them.

2

1 computer hard drives and other electronic media, and any other documents provided by the
2 government other than trial exhibits (*i.e.*, items actually admitted during the trial and made part
3 of the record), in preparation for or in connection with any stage of the proceedings in this case,
4 including pre-indictment, shall be referred to as "Discovery Materials."

5  2. The government may produce Discovery Materials to the defendant without
6 redacting PPI.

7  3. Unless otherwise authorized by the Court, access to Discovery Materials
8 produced by the government will be restricted to the defendant, attorneys for the defendants, and
9 any agents, contractors, or employees acting on behalf of the defendant and/or his attorneys in
10 connection with the above-captioned matter (hereinafter referred to collectively as "Authorized
11 Person(s)").

12  4. Attorneys for the defendant will ensure that all Authorized Persons receive a copy
13 of this Stipulation and are familiar with its terms and conditions.

14  5. Unless otherwise Ordered by the Court, an Authorized Person shall not:
15   a. grant or permit access to Discovery Materials by any non-Authorized Person.
16   b. allow or permit any non-Authorized Person to read, review, or reproduce any
17    Discovery Materials.
18   c. distribute any Discovery Materials, by any means, to any non-Authorized
19    Person.
20   d. use or disclose Discovery Materials for any purpose other than in connection
21    with the defense of the above-captioned matter.
22   e. use or disclose Discovery Materials in connection with any pleadings or
23    proceedings in the above-captioned matter without first redacting any PPI,
24    unless the PPI is directly relevant to the matter at issue.

      f.  use or disclose PPI in connection with any pleadings or proceedings in the above-captioned matter, unless the PPI is directly relevant to the matter at issue.

6. Unless otherwise authorized by the Court, upon conclusion of the above-captioned matter, the defendant's attorney shall return any and all copies of Discovery Materials to the attorneys for the United States, or provide them with written certification that the Discovery Materials have been destroyed.

7. Nothing in the agreement shall be deemed an admission of the evidentiary admissibility or inadmissibility of any of the Discovery Materials in any subsequent proceeding.

/ / /

WHEREFORE, the undersigned respectfully request that the Court accept and enter this Stipulation as the Protective Order governing discovery in this case.

Respectfully submitted,

ANDREW WEISSMANN
Chief, Fraud Section, Criminal Division
United States Department of Justice

__/s/ Albert B. Stieglitz, Jr._____          __July 17, 2015___
ALBERT B. STIEGLITZ, JR.                               Date
Assistant Chief
MELISSA AOYAGI
Trial Attorney
Criminal Division, Fraud Section


DANIEL G. BOGDEN
United States Attorney
District of Nevada

__/s/ Steven W. Myhre_____          __July 17, 2015___
STEVEN W. MYHRE                                         Date
First Assistant United States Attorney
District of Nevada


__/s/ William T. Jorden_____          __July 17, 2015___
WILLIAM T. JORDEN                                       Date
Counsel for Defendant
EDWIN FUJINAGA


**IT IS ORDERED**

This __20th__ day of __July__, 2015.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

5