DANIEL G. BOGDEN
United States Attorney
STEVEN W. MYHRE
First Assistant United States Attorney
333 Las Vegas Blvd., South #5000
Las Vegas, Nevada   89101
(702) 388-6298 (Telephone)
(702) 388-6418 (Fax)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-198-LDG-NJK |
| ) | |
| Plaintiff, ) | MOTION UNDER LR IA 10.3 |
| ) | FOR DEPARTMENT OF JUSTICE |
| v. ) | TRIAL ATTORNEY TO APPEAR |
| ) | IN THIS COURT ON BEHALF OF |
| EDWIN FUJINAGA, ) | THE UNITED STATES |
| JUNZO SUZUKI, and ) | |
| PAUL SUZUKI, ) | |
| ) | |
| Defendants. ) | |

The United States, by and through Daniel G. Bogden, United States Attorney, and Steven W. Myhre, First Assistant United States Attorney, respectfully move, pursuant to LR IA 10.3, that United States Department of Justice, Criminal Division, Fraud Section, Trial Attorney Melissa Aoyagi, be permitted to appear before this Court in the above captioned case. Aoyagi is a member in good standing before the New York State Bar, bar number: 4226080. Ms. Aoyagi is employed by the United States as an attorney, and, in the course and scope of her employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

    Dated this 9th day, July 2015.

1

1
2                                          DANIEL G. BOGDEN
                                           United States Attorney
3                                          /s/ Steven W. Myhre
                                           _____
4                                          STEVEN W. MYHRE
                                           First Assistant United States Attorney
5
6  IT IS SO ORDERED: _____
                     UNITED STATES DISTRICT          JUDGE
7                    LLOYD D. GEORGE

8  Dated: _____ July 2015

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23