**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  Plaintiff, | ) 2:15-cr-00198-LDG-NJK |
| v. | ) |
| EDWIN FUJINAGA, JUNZO SUZUKI, and PAUL SUZUKI, | ) |
|  Defendants. | ) |

### ORDER

This matter coming before the Court on the United States' Unopposed Motion for Early Return of Trial Subpoenas, the premises therein considered, and good cause showing, the Court ORDERS that the United States may seek the return of trial subpoenas it serves on parties whose records are expected to play an evidentiary role in this case on a date before trial of the United States' choosing.

**IT IS SO ORDERED**.

Dated: __4__ April 2016         ENTERED: _____
                                            HON. LLOYD D. GEORGE
                                            United States District Judge