UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-0198-LDG-NJK |
| Plaintiff, | ORDER |
| v. | |
| EDWIN FUJINAGA, | |
| Defendant. | |

Prior to the indictment in this case, the Securities and Exchange Commission filed a civil action, SEC v. Fujinaga, No. 2:13-cv-1658-JCM-CWH, alleging that defendant Fujinaga and two others had violated securities laws and committed fraud by perpetuating a massive Ponzi scheme. Judge Mahan has issued orders in that case freezing assets, denying motions for attorneys fees, granting summary judgment, and ordering disgorgement.

This court would not presume to alter the rulings of a different judge in a different case. See Jones v. Shannon, 1014 WL 250336, at *10 n. 7 (M.D. Penn. January 22, 2014) ("This Court will not reconsider the decisions of another court"). Accordingly,

THE COURT HEREBY ORDERS that Fujinaga's motion for reconsideration (#50) is DENIED.

THE COURT FURTHER sets trial to begin in this case on November 14, 2016, at 8:30 am in Courtroom 6B.

DATED this 7711 day of October, 2016.

Lloyd D. George
United States District Judge