# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00198-GMN-NJK |
| Plaintiff, | ORDER |
| vs. | |
| EDWIN FUJINAGA, | |
| Defendant. | |

Pending before the Court is Defendant Edwin Fujinaga's motion to compel discovery. Docket No. 96. The Court ORDERS the United States to file a supplement to its response, no later than **October 4, 2018, at 12:00 p.m.** This supplement shall be filed UNDER SEAL, and shall discuss all good faith efforts the United States has made to obtain the documents Defendant requests in his motion, including any necessary documentation.[1]

IT IS SO ORDERED.

DATED: October 3, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has not made any determination on the merits of Defendant's motion, and nothing in this order shall be construed as such.