# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-198-GMN-NJK |
| vs. | DATE: October 31, 2018 |
| EDWIN FUJINAGA, | Courtroom 7D |
| Defendant. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich       COURT REPORTER: Patty Ganci & Heather Newman

COUNSEL FOR PLAINTIFF: Danny Nguyen, William Johnston, Richard (Tony) Lopez, and Paralegal Meredith Ulle

COUNSEL FOR DEFENDANT: Shari Kaufman, Heidi Ojeda, and Katherine Tanaka

MINUTES OF PROCEEDINGS: Jury Trial (Day 3)

9:28 a.m. Defendant is present on bond. The Court convenes in the presence of the remaining prospective jurors. Voir dire continues.

11:03 a.m. The prospective jurors are excuses for a morning break.

11:04 a.m. The parties request one prospective juror be excused for cause. The prospective juror will be excused.

11:05 a.m. The Court stands at recess.

11:39 a.m. The Court reconvenes in the presence of the prospective jurors. The parties exercise their peremptory challenges. The jury is seated. The jury is sworn. The Court provides the jury with preliminary instructions.

12:17 p.m. The jury is admonished and excused for lunch.

12:18 p.m. The Court and parties reconvene outside the presence of the jury. The Court and parties discuss issues regarding the Government's witness, Michael Petron. The Court DENIES the Motion to Preclude Summary Witness, (ECF No. 184). The Court will allow Mr. Petron to remain in the courtroom as he is the Government's summary witness. The Defendant shall have until Monday, November 5, 2018, to file a response to the Motion for Reconsideration, (ECF No. 202). Where the witness is not available to testify, the Court finds the Government's proffer acceptable. The Motion for Order Requiring Government to Obtain Certificates of Nonexistence of the Mas 90

Database, (ECF No. 190), is DENIED. The Court and parties discuss providing summaries or documents to the court

interpreter for certain witnesses. The Defendant does not object to the interpreter being able to read the indictment.

1:01 p.m. The Court stands at recess for lunch.

2:01 p.m. The Court reconvenes outside the presence of the jury. The Court and parties discuss a scheduling issue pertaining to JUROR 6.

2:06 p.m. The jury enters the courtroom. Mr. Johnston makes opening statements on behalf of the Government. Ms. Ojeda makes opening statements on behalf of the Defendant.

2:35 p.m. **FUMI NONAKA**, called on behalf of the Government, is sworn and testifies on direct examination by Mr. Johnston. **EXHIBITS 29, 83, 94, 95, 189, 190, and 255 are ADMITTED into evidence.**

3:31 p.m. The jurors are admonished and excused for the day. Court adjourns.

Jury Trial continued to Thursday, November 1, 2018, at 9:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:＿＿＿＿＿＿/S/＿＿＿＿＿＿＿＿
Aaron Blazevich, Deputy Clerk