# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDWIN FUJINAGA,<br><br>　　　　Defendant. | Case No.: 2:15-cr-00198-GMN-NJK-1<br><br>**ORDER APPOINTING COUNSEL** |

　　The individual named below, having testified under oath or having otherwise satisfied this Court that she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

　　**IT IS ORDERED** that **Todd Leventhal** is hereby appointed to represent witness RAVEN GILMORE.

　　DATE this 15th day of November 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE