# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| UNITED STATES OF AMERICA, | 2:15-cr-198-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | JURY MEAL ORDER |
| EDWIN FUJINAGA, | |
| Defendant. | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: November 27, 2018

_____
GLORIA M. NAVARRO, CHIEF JUDGE
United States District Court