RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Wendi L. Overmyer
Assistant Federal Public Defender
411 E. Bonneville, Ste. 100
Las Vegas, Nevada 89101
(702) 388-6577
Wendi_Overmyer@fd.org

Attorney for Edwin Fujinaga

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:15-cr-00198-GMN-NJK |
|---|---|
| Plaintiff, | |
| v. | **Unopposed Motion for Copy of Sealed Exhibit** |
| Edwin Fujinaga, | |
| Defendant. | |

Defendant Edwin Fujinaga moves this Court for a copy of an exhibit necessary for the parties to fully review Mr. Fujinaga's record for direct appeal to the Ninth Circuit. To conduct a thorough review and provide effective assistance of appellate counsel to Mr. Fujinaga, undersigned counsel requests the Court order the Clerk's office to provide a copy of the following exhibit to both undersigned counsel and counsel for the government:

> Defense Exhibit 5 (Sealed Ex Parte Declaration of Janet McHard), admitted into the record at Calendar Call on October 24, 2018. ECF No. 197, pp. 72-73; ECF No. 198.

1  Undersigned has contacted counsel for the government, Appellate Chief
2  Elizabeth O. White, and the government does not oppose this request.
3  Dated: June 4, 2020.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Wendi L. Overmyer*
Wendi L. Overmyer
Assistant Federal Public Defender
Attorney for Edwin Fujinaga

**IT IS SO ORDERED.**

Dated this __4__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**Certificate of Service**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.  On June 4, 2020, she served an electronic copy of the above and foregoing motion by electronic service (ECF) to the persons named below:

>NICHOLAS A. TRUTANICH
>United States Attorney
>ELIZABETH O. WHITE
>Assistant United States Attorney
>400 South Virginia Street
>Suite 900
>Reno, NV 89501

>/s/ *Cecilia Valencia*
>Employee of the Federal Public Defender