GLENN S. LEON
Chief
WILLIAM E. JOHNSTON
Assistant Chief
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-0687

JASON M. FRIERSON
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:15-cr-00198-GMN-NJK |
| Plaintiff, | ) |
| | ) **MOTION TO WITHDRAW AS** |
| v. | ) **COUNSEL** |
| | ) |
| EDWIN Y. FUJINAGA, | ) |
| | ) |
| Defendants. | ) |

    William Johnston, Assistant Chief of the Fraud Section of the Criminal Division of the U.S. Department of Justice respectfully moves to withdraw as counsel in this matter. The United States will continue to be represented by co-counsel of record.

    Dated:  February 22, 2024

1

GLENN S. LEON
Chief
Criminal Division, Fraud Section
United States Department of Justice

_____/s/_____
WILLIAM E. JOHNSTON
Assistant Chief
Criminal Division, Fraud Section

JASON M. FRIERSON
United States Attorney
District of Nevada


_____/s/_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
District of Nevada

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:15-cr-00198-GMN-NJK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EDWIN Y. FUJINAGA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the Motion to Withdraw William Johnston's appearance as counsel for the United States of America. Upon consideration, the Court grants the motion.

IT IS THEREFORE ORDERED that the appearance of William Johnston in the above-referenced case is withdrawn, and the Clerk's Office is instructed to remove Mr. Johnston's email address from the CM/ECF electronic service list.

DATES this   22   day of February 2024.

_____
HONORABLE GLORIA NAVARRO
UNITED STATES DISTRICT COURT JUDGE

1